

Feb 12, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **13-20083-CR-WILLIAMS/TURNOFF**

16 U.S.C. § 3372(a)(1)
16 U.S.C. § 3372(a)(4)
16 U.S.C. § 3373(d)(1)(B)
18 U.S.C. § 554
18 U.S.C. § 2

UNITED STATES OF AMERICA

v.

ZHIFEI LI,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

At all times material to this Indictment:

### GENERAL ALLEGATIONS

**The Convention on International Trade in Endangered
Species of Wild Fauna and Flora**

1. In order to protect certain species of fish and wildlife against over-exploitation, the United States became a signatory to an international treaty known as the Convention on International Trade in Endangered Species of Wild Fauna and Flora, T.I.A.S. 8249, (hereinafter "CITES"). Appendix I of CITES includes wildlife species which are threatened with extinction and for which trade must be subject to particularly strict regulation and only authorized in exceptional circumstances. CITES, Art. II, § 1. Appendix II of CITES includes wildlife species which although not necessarily threatened with extinction now, may become so unless trade in specimens of such species is strictly regulated. CITES, Art. II, § 2(a).

2. The United States Fish and Wildlife Service ("USFWS"), Department of the Interior, is designated by Congress pursuant to the Endangered Species Act, Title 16, United States Code, Section 1537(a), as the CITES enforcement authority within the United States. The Department of the Interior publishes regulations to implement CITES in 50 C.F.R. Part 23. All species protected by CITES are identified and published through the mechanism described in 50 C.F.R. §§ 23.7 and 23.91.

3. The provisions of CITES are implemented by the Endangered Species Act (Title 16, United States Code, Section 1538(c)(1)) which states in relevant part, "It is unlawful for any person . . . to engage in any trade in any specimens [of wildlife] contrary to the provisions of . . . [CITES] or to possess any specimens [of wildlife] traded contrary to the provisions of . . . [CITES]." "Trade" means among other things "to import." CITES, Art. I(c). "Specimen" means: "(I) any animal . . . whether alive or dead . . . ." CITES, Art. I(b).

4. The Endangered Species Act (ESA) was enacted to provide a program for the conservation of endangered and threatened species. The ESA makes it a criminal violation for any person subject to the jurisdiction of the United States to knowingly receive, carry, transport, or ship in interstate or foreign commerce, by any means whatsoever and in the course of a commercial activity, any species listed as endangered under the ESA. 16 U.S.C. §1531, et seq.

5. The federal Lacey Act, among other things, makes it unlawful for any person to import, export, transport, sell, receive, acquire, or purchase in interstate or foreign commerce, any fish or wildlife, taken, possessed, transported, or sold in violation of any law, treaty, or regulation of the United States, or to attempt to commit any such act. 16 U.S.C. §3372(a)(1), 3372(a)(4).

6. The Black Rhinoceros (*Diceros bicornis*) is one of several species of rhinoceros, and is protected internationally and domestically: under Appendix I of CITES, and under the ESA as an endangered species. 50 C.F.R. § 17.11. Despite domestic and international protection, rhinoceros horn is a highly valued and sought after commodity, which is used by various cultures for ornamental carvings or traditional medicine.

## COUNT 1
### Sale or Purchase
### (16 U.S.C. §§ 3372(a)(1), (a)(4), 3373(d)(1)(B))

1. Paragraphs 1 through 6, of the General Allegations section of this Indictment are incorporated herein by referenced as if set forth in their entirety.

2. On or about January 30, 2013, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**ZHIFEI LI,**

did knowingly engage in conduct that involved the sale and purchase of, the offer of sale and purchase of, and the intent to sell and purchase wildlife with a market value in excess of $350.00, that is two endangered Black Rhinoceros (*Diceros bicornis*) horns, and did knowingly transport said wildlife, knowing that the Black Rhinoceros horns were sold in violation of and in a manner unlawful under the laws and regulations of the United States, specifically, Title 16, United States Code, Section 1538(a)(1)(E) and (F), in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 2
### Smuggling
### (18 U.S.C. § 554)

1. Paragraphs 1 through 6, of the General Allegations section of this Indictment are incorporated herein by reference as if set forth in their entirety.

3

2. Between on or about January 30, 2013, and on or about January 31, 2013, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**ZHIFEI LI,**

did fraudulently and knowingly receive, buy, and facilitated the transportation, concealment, and sale of merchandise, that is two endangered Black Rhinoceros (*Diceros bicornis*) horns, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, specifically Title 16, United States Code, Sections 1538(c)(1), in violation of Title 18, United States Code, Sections 554 and 2.

A TRUE BILL

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
Thomas A. Watts-FitzGerald
Assistant United States Attorney

IGNACIA S. MORENO
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT & NATURAL RESOURCES
U.S. DEPARTMENT OF JUSTICE

_____
Richard A. Udell
Senior Trial Attorney
Environmental Crimes Section

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO. _____

vs.

ZHIFEI LI,                  **CERTIFICATE OF TRIAL ATTORNEY***

           **Defendant.**
_____/    **Superseding Case Information:**

**Court Division**: (Select One)        New Defendant(s)        Yes ____   No ____
                                        Number of New Defendants ____
_X_ Miami    ___ Key West              Total number of counts   ____
___ FTL      ___ WPB    ___ FTP

    I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   _Yes_
   List language and/or dialect   _Chinese - Mandarin_

4. This case will take  _4_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_           Petty      ____
   II   6 to 10 days     ____          Minor      ____
   III  11 to 20 days    ____          Misdem.    ____
   IV   21 to 60 days    ____          Felony     _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court?  (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

                                      _____
                                      THOMAS WATTS-FITZGERALD
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Florida Bar No./Court No. 0273538

*Penalty Sheet(s) attached                                      REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ZHIFEI LI

**Case No:**

Count #: 1

Illegal possession, purchase, and sale of protected wildlife

16 U.S.C. §§ 3372(a)(1), 3373(d)(1)(B)

\* Max. Penalty: 5 years imprisonment

Count #: 2

Smuggling wildlife

18 U.S.C. § 554

\*Max. Penalty: 10 years imprisonment

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

\* Refers only to possible fine, does not include possible restitution, special assessments, parole terms, or forfeitures that may be applicable.